# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER M. ROGERS

NO. 2020 KW 0019

MAR 1 3 2020

---

In Re:    Christopher M. Rogers, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, Nos. 1800739, 1800740, & 1800842.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**   The Clerk of Court of Tangipahoa Parish has no record of receiving a Motion for Production of Boykin Exam (allegedly filed on May 30, 2019).   Relator should file the motion with the clerk of court of the district court before seeking relief from this court.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT